IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RAYMOND TILLMAN,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 2:06-cv-0022
CRIM. NO. 2:98-cr-120
**JUDGE MARBLEY
MAGISTRATE JUDGE KING**

## OPINION AND ORDER

On January 19, 2006, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings recommending that the instant motion to vacate, set aside, or correct sentence be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is **DISMISSED**.

**IT IS SO ORDERED.**

                                            *s/Algenon L. Marbley*
                                            ALGENON L. MARBLEY
                                            United States District Judge